# Exhibit A



# INVOICE

**Swift Leasing Co.  LLC**
2200  S. 75th Ave.
Phoenix, AZ 85043
901.344.4845
James_Ramage@swifttrans.com

INVOICE NO.  7456
DATE  February 15, 2017

| Invoice To: | Bush Truck Sales Inc | Assign Title To: | Bush Truck Sales Inc | Send Title To: | Bush Truck Leasing |
|---|---|---|---|---|---|
|  | 80 Park Dr |  | 80 Park Dr |  | 6961 Cintas Blvd |
|  | Wilmington, OH 45177 |  | Wilmington, OH 45177 |  | Mason, OH 45040 |

| SALESPERSON | JOB | PAYMENT TERMS | Exempt | LOCATION SOLD | DUE DATE |
|---|---|---|---|---|---|
| David Ramage | TRKSELL'17 | Cash in Advance | Yes | West Valley City, UT | 2/15/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1.00 | 140235 1FUJGLBG4ELFJ1370 2014 FREIGHTLINER Mileage 267115 | $60,500.00 | $60,500.00 |
| 1.00 | Wriight 2015 Credit | -$5,000.00 | ($5,000.00) |
| Total 2 | | | |
| Section 1031 | | | |
| | Notice is hereby given that the rights (but not the obligations) to sell the equipment mdescribed in the attached sale documents have been assigned to Swift Exchange LLC for purpose of conducting a like-kind exchange. | | |
| | **Please remit truck proceeds by wire to:  Swift Exchange LLC** | | |
| Notice | Citibank | | |
| | New York | | |
| | ABA# 021000089 | SUBTOTAL | $ 55,500.00 |
| | A/C# 4978125640 | SALES TAX | 0.00% |
| | Reference: Invoice number | TOTAL | $ 55,500.00 |

Trust Name Swift Exchange LLC

Telephone confirmation: Citibank

Phone: 800.285.1709

**Remittance by certified funds should be made out to:  Swift Exchange LLC**

**No personal checks.  If mailing certified funds send to: 2200 S. 75th Ave., Phoenix, AZ 85043 Attn: Leticia Ahasteen**

All decals must be removed or covered over to operate or resell truck.

Purchased truck(s) must be removed from Swift property within 15 days of receipt of invoice.   A $50 per truck per day fee will apply .

**An on-road heavy-duty diesel or alternative-diesel vehicle operated in California may be subject to the California Air Resources Board Regulation to Reduce Particulate Matter and Criteria Pollutant Emissions from In-Use Heavy Duty Diesel Vehicles. It therefore could be subject to exhaust retrofit or accelerated turnover requirements to reduce emissions of air pollutants. For more information, please visit the California Air Resources Board website at: http//www.arb.ca.gov/dieseltruck **

**All equipment listed on this invoice is 'Sold as is' unless specified in writing**

**THANK YOU FOR YOUR BUSINESS!**